p9/20/2021

19 CR 142

TO WHOM IT MAY CONCERN

MY NAME IS VICTORIA JOHNSON, I'M WRITING THIS LETTER REGARDING MY SON THEODORE JOHNSON, ASKING FOR SUPPORT AND HELP FOR HIM NOT SYMPATHY
HE HAS BEEN THOUGH A LOT FROM FOSTER HOMES, TREATMENT FACILITIES, LOSSING HIS FATHER ALONG WITH MENTAL AND PHYSICLLY ABUSED.
BUT WITH ALL THAT BEING SAID HE'S NOT A BAD PERSON, HE HAS A GOOD HEART AND HAS NEVER HURT ANYONE BUT HIM SELF. BUT I CAN SAY WITH THE PROPER TREATMENT AND MEDICATION HE'LL DO VERY WELL HE JUST NEEDS THE OPPORTUNITY.
WHICH IS WHAT I'M ASKING AS A CONCERN MOTHER.

THANK YOU SINCERELY

*Victoria E. Johnson*